**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 164 WAL 2022

            Respondent                   :

                                           :   Petition for Allowance of Appeal
                                           :   from the Order of the Superior Court

                 v.                           :

                                           :

LEANN EVANS,                             :

            Petitioner                       :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.